# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHLEEN A. MARSHALL** | : | **CIVIL ACTION** |
| *Plaintiff/Appellant* | : | |
| | : | **NO. 22-0010** |
| v. | : | |
| | : | |
| **YASIR A. ABDOUN** | : | |
| *Defendant/Appellee* | : | |

# ORDER

**AND NOW**, this 20th day of March 2023, upon consideration of the *Brief for Appellant Kathleen A. Marshall*, [ECF 14], to which Appellee Yasir A. Abdoun did not respond, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the Bankruptcy Court's Orders and Opinions of February 11, 2020, and December 21, 2021, are **AFFIRMED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*